IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID WAYMON WATERS**                                                     **PLAINTIFF**

v.                        **NO. 4:16CV00481 JLH**

**FAULKNER COUNTY DRUG TASK FORCE;**
**and FAULKNER COUNTY SHERIFF OFFICE**                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE